AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Laplante, Joseph N. | **2. Court or Organization**<br><br>US District Court, D NH | **3. Date of Report**<br><br>05/15/2013 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge, Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
55 Pleasant Street
Concord, NH 03301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Rivier College |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laplante, Joseph N. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | University of New Hampshire School of Law - teaching | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laplante, Joseph N. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laplante, Joseph N. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sovereign Bank | A | Interest | K | T | | | | | |
| 2. Nashua Bank | A | Interest | J | T | | | | | |
| 3. Northeast Credit Union | A | Interest | J | T | | | | | |
| 4. American Funds Mutual Funds (JTWROS) | | | | | | | | | |
| 5. --Europacific Growth Fund A | A | Dividend | J | T | | | | | |
| 6. --New Perspective Fund A | A | Dividend | J | T | | | | | |
| 7. --The Investment Company of America A | A | Dividend | K | T | Redeemed (part) | 12/31/12 | J | A | |
| 8. --Washington Mutual Investors Fund A | A | Dividend | J | T | | | | | |
| 9. --AMCAP Fund A | A | Dividend | J | T | | | | | |
| 10. --American Funds Money Market Fund A | None | | J | T | | | | | |
| 11. IRA - American Funds ▊ | | | | | | | | | |
| 12. --EuroPacific Growth Fund A | A | Dividend | J | T | Sold (part) | 01/11/12 | J | | |
| 13. --New Perspective Fund A | A | Dividend | K | T | Sold (part) | 01/11/12 | J | | |
| 14. --Washington Mutual Investors Fund - A | A | Dividend | J | T | Sold (part) | 01/11/12 | J | | |
| 15. --AMCAP Fund A | A | Dividend | J | T | | | | | |
| 16. --American High-Income Trust-A | A | Dividend | J | T | Buy | 01/11/12 | J | | |
| 17. --The Bond Fund of America-A | A | Dividend | J | T | Buy | 01/11/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laplante, Joseph N. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Capital World Bond Fund-A | A | Dividend | J | T | Buy | 01/11/12 | J | | |
| 19.  IRA - American Funds | | | | | | | | | |
| 20.  Capital World Growth and Income Fund-A | A | Dividend | J | T | Buy | 01/11/12 | J | | |
| 21.  Washington Mutual Investors Fund-A | A | Dividend | J | T | Sold (part) | 01/11/12 | J | | |
| 22.  The Bond Fund of America-A | A | Dividend | J | T | Buy | 01/11/12 | J | | |
| 23.  Roth IRA American Funds | | | | | | | | | |
| 24.  --Europacific Growth Fund A | A | Dividend | J | T | Buy | 01/11/12 | J | | |
| 25.  --AMCAP Fund A | A | Dividend | J | T | Buy | 01/11/12 | J | | |
| 26.  --The Growth Fund of America A | A | Dividend | | | Sold | 01/11/12 | J | | |
| 27.  --New Perspective Fund A | A | Dividend | | | Sold | 01/11/12 | J | | |
| 28.  --Smallcap World Fund A | A | Dividend | J | T | Buy | 01/11/12 | J | | |
| 29.  --Fundamental Investors A | A | Dividend | | | Sold | 01/11/12 | J | | |
| 30.  --Washington Mutual Investors Fund A | A | Dividend | J | T | Sold (part) | 01/11/12 | J | | |
| 31.  --The Income Fund of America A | A | Dividend | J | T | Sold (part) | 01/11/12 | J | | |
| 32.  --American High-Income Trust-A | A | Dividend | J | T | Buy | 01/11/12 | J | | |
| 33.  --The Bond Fund of America | A | Dividend | J | T | Buy | 01/11/12 | J | | |
| 34.  --Capital World Bond Fund-A | A | Dividend | J | T | Buy | 01/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laplante, Joseph N. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▮ nearly identical Coverdell ESAs(for ▮▮▮ -aggr figures) | | | | | | | | | |
| 36. --Europacific Growth Fund A | A | Dividend | J | T | | | | | |
| 37. --AMCAP Fund A | A | Dividend | K | T | | | | | |
| 38. --The Bond Fund of America - A | A | Dividend | J | T | | | | | |
| 39. --Smallcap World Fund - A | A | Dividend | J | T | | | | | |
| 40. --New World Fund - A | A | Dividend | J | T | | | | | |
| 41. --Washington Mutual Investors Fund A | A | Dividend | J | T | | | | | |
| 42. --The Income Fund of America A | A | Dividend | K | T | | | | | |
| 43. --Short Term Bond Fund of America-A | A | Dividend | J | T | | | | | |
| 44. ▮ nearly identical 529 plans (for ▮▮▮ ; aggr. figures) | | | | | | | | | |
| 45. --EuroPacific Growth Fund 529A | A | Dividend | K | T | | | | | |
| 46. --The Bond Fund of America - 529A | A | Dividend | J | T | | | | | |
| 47. --New World Fund - 529A | A | Dividend | J | T | | | | | |
| 48. --Smallcap World Fund - 529A | A | Dividend | K | T | | | | | |
| 49. --Washington Mutual Investors Fund - 529A | A | Dividend | K | T | | | | | |
| 50. --AMCAP Fund -529A | A | Dividend | L | T | | | | | |
| 51. --Short Term Bond of America - 529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laplante, Joseph N. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --New Perspective Fund - 529A | A | Dividend | J | T | | | | | |
| 53. --The Income Fund of America - 529A | B | Dividend | K | T | | | | | |
| 54. Roth IRA | | | | | | | | | |
| 55. --Growth Fund of America - A | A | Dividend | J | T | | | | | |
| 56. --New Perspective Fund - A | A | Dividend | J | T | | | | | |
| 57. --Washington Mutual Inv. Fund A | A | Dividend | J | T | | | | | |
| 58. --IThe ncome Fund of America - A | A | Dividend | J | T | | | | | |
| 59. Investments | | | | | | | | | |
| 60. 1983 Georgetown Investments, LLC | | None | J | T | Buy | 01/01/12 | J | | |
| 61. 1983 Georgetown Investments, LLC | | None | J | T | Buy | 07/01/12 | J | | |
| 62. The Nashua Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laplante, Joseph N. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Laplante, Joseph N. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph N. Laplante**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544